389 A.2d 683

Commonwealth v. Radzierez, Appellant.

Submitted June 13, 1977. Michael J. Wetmore, Public Defender, for appellant; Charles P. Eyer, Assistant District Attorney, for Commonwealth, appellee.

· Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 683

Commonwealth v. Robson, Appellant.

Submitted June 13, 1977. David E. Auerbach, Assistant Public Defender, for appellant; D. Michael Emuryan, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.